FILED
2008 Aug-20  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LESTER LEE MOTON, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-AR-1053-W |
| | ) |
| RALPH HOOKS, Warden; ATTORNEY | ) |
| GENERAL FOR THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on July 29, 2008, recommending that the petition for writ of habeas corpus be denied.  On August 19, 2008 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 20th day of August, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE